J. Henk Taylor (016321)
**RYAN RAPP & UNDERWOOD, P.L.C.**
3200 N. Central Ave, Suite 2250
Phoenix, Arizona 85012
Telephone: (602) 280-1000
Facsimile: (602) 265-1495
E-Mail: htaylor@rrulaw.com

Jeffrey M. Eilender (*admitted pro hac vice*)
Bradley J. Nash (*admitted pro hac vice*)
Joshua Wurtzel (*admitted pro hac vice*)
**SCHLAM STONE & DOLAN LLP**
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
E-Mail: jeilender@schlamstone.com
E-Mail: bnash@schlamstone.com
E-Mail: jwurtzel@schlamstone.com

*Attorneys for Plaintiffs CWT Canada II Limited Partnership and Resource Recovery Corporation*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| CWT Canada II Limited Partnership, an Ontario, Canada Limited Partnership; and Resource Recovery Corporation, a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Elizabeth J. Danzik, an individual; and Deja II, LLC, an Arizona Limited Liability Company<br>Defendants.<br><br>And related claims. | Case Nos.: 2:16-cv-00607-PHX-DGC<br>2:16-cv-02577-PHX-DGC<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT EFFORTS** |

In accordance with paragraph 12 of the Court's Order Setting Final Pretrial Conference and Trial (Dkt. No. 180), the parties jointly submit this status report regarding their efforts to settle this case. Specifically, since February 2019, the parties have had several discussions concerning settlement. And on April 15, 2019, Plaintiffs made a demand to Defendants, based on Defendants' promise to make a good-faith counter offer. Defendants have not yet made a counter offer, but will do so by the end of this month. Thus, the parties propose continuing their direct settlement discussions and reporting back to this Court on May 13, 2019 stating either that they (1) believe their direct discussions have been productive and would like to continue those direct discussions as long as they remain productive, or (2) request an order referring this case to the Magistrate Judge for mediation.

Dated: April 24, 2019
      Phoenix, Arizona

Respectfully submitted,

**RYAN RAPP & UNDERWOOD, P.L.C.**

By:   /s/ Henk Taylor (016321)
       J. Henk Taylor (016321)
       3200 N. Central Ave., Suite 1600
       Phoenix, Arizona 85012
       Telephone: (602) 280-1000
       Facsimile: (602) 265-1495
       E-Mail: htaylor@rrulaw.com

**SCHLAM STONE & DOLAN LLP**

       Jeffrey M. Eilender
       Bradley J. Nash
       Joshua Wurtzel
       26 Broadway
       New York, New York 10004
       Telephone: (212) 344-5400
       Facsimile: (212) 34407677
       E-Mail: jeilender@schlamstone.com
       E-Mail: bnash@schlamstone.com
       E-Mail: jwurtzel@schlamstone.com

*Attorneys for Plaintiffs CWT Canada II Limited Partnership and Resource Recovery Corporation*

**WILENCHIK & BARTNESS P.C.**

By: <u>/s/ Dennis I. Wilenchik (with permission)</u>
    Dennis I. Wilenchik
    2810 North Third Street
    Phoenix, AZ 85004
    E-Mail: diw@wb-law.com

**BEUS GILBERT PLLC**

Leo R. Beus
Timothy John Paris
701 North 44th Street
Phoenix, AZ 85008
E-Mail: lbeus@beusgilbert.com
E-Mail: tparis@beusgilbert.com

*Attorneys for Defendants Tony Ker, Richard Carrigan, Elizabeth J. Danzik, and Danzik Applies Sciences, LLC*