J. Henk Taylor (016321)
**RYAN RAPP & UNDERWOOD, P.L.C.**
3200 N. Central Ave, Suite 2250
Phoenix, Arizona 85012
Telephone: (602) 280-1000
Facsimile: (602) 265-1495
E-Mail: htaylor@rrulaw.com

Jeffrey M. Eilender (*admitted pro hac vice*)
Bradley J. Nash (*admitted pro hac vice*)
Joshua Wurtzel (*admitted pro hac vice*)
**SCHLAM STONE & DOLAN LLP**
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
E-Mail: jeilender@schlamstone.com
E-Mail: bnash@schlamstone.com
E-Mail: jwurtzel@schlamstone.com

*Attorneys for Plaintiffs CWT Canada II Limited Partnership and Resource Recovery Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| CWT Canada II Limited Partnership, an Ontario, Canada Limited Partnership; and Resource Recovery Corporation, a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Elizabeth J. Danzik, an individual; and Deja II, LLC, an Arizona Limited Liability Company<br>Defendants. | Case Nos.: 2:16-cv-00607-PHX-DGC<br>2:16-cv-02577-PHX-DGC<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT EFFORTS** |
| And related claims. | |

In accordance with the parties' Joint Status Report Regarding Settlement Efforts, dated April 24, 2019 (Dkt. No. 182), the parties jointly submit this supplemental status report regarding their efforts to settle this case. Specifically, since April 24, 2019, the parties have had direct settlement discussions. These discussions are ongoing, and appear to be productive. Thus, the parties would like to continue these direct discussions as long as they remain productive, and propose reporting back to this Court on May 28, 2019.

Dated: May 14, 2019
        Phoenix, Arizona

Respectfully submitted,

**RYAN RAPP & UNDERWOOD, P.L.C.**

By:   /s/ Henk Taylor (016321)
      J. Henk Taylor (016321)
      3200 N. Central Ave., Suite 1600
      Phoenix, Arizona 85012
      Telephone: (602) 280-1000
      Facsimile: (602) 265-1495
      E-Mail: htaylor@rrulaw.com

**SCHLAM STONE & DOLAN LLP**

Jeffrey M. Eilender
Bradley J. Nash
Joshua Wurtzel
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 34407677
E-Mail: jeilender@schlamstone.com
E-Mail: bnash@schlamstone.com
E-Mail: jwurtzel@schlamstone.com

*Attorneys for Plaintiffs CWT Canada II Limited Partnership and Resource Recovery Corporation*

**WILENCHIK & BARTNESS P.C.**

By:   /s/ Dennis I. Wilenchik (with permission)
      Dennis I. Wilenchik
      2810 North Third Street
      Phoenix, AZ 85004
      E-Mail: diw@wb-law.com

**BEUS GILBERT PLLC**

      Leo R. Beus
      701 North 44th Street
      Phoenix, AZ 85008
      E-Mail: lbeus@beusgilbert.com

*Attorneys for Defendants Tony Ker, Richard Carrigan, Elizabeth J. Danzik, and Danzik Applies Sciences, LLC*