J. Henk Taylor (016321)
**RYAN RAPP & UNDERWOOD, P.L.C.**
3200 N. Central Ave, Suite 2250
Phoenix, Arizona 85012
Telephone: (602) 280-1000
Facsimile: (602) 265-1495
E-Mail: htaylor@rrulaw.com

Jeffrey M. Eilender (*admitted pro hac vice*)
Bradley J. Nash (*admitted pro hac vice*)
Joshua Wurtzel (*admitted pro hac vice*)
**SCHLAM STONE & DOLAN LLP**
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
E-Mail: jeilender@schlamstone.com
E-Mail: bnash@schlamstone.com
E-Mail: jwurtzel@schlamstone.com

*Attorneys for Plaintiffs CWT Canada II Limited Partnership and Resource Recovery Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| CWT CANADA II LIMITED PARTNERSHIP, an Ontario, Canada Limited Partnership; and RESOURCE RECOVERY CORPORATION, a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ELIZABETH J. DANZIK, an individual; and DEJA II, LLC, an Arizona Limited Liability Company<br><br>Defendants.<br><br>And related claims. | Case Nos.: 2:16-cv-00607-PHX-DGC<br>2:16-cv-02577-PHX-DGC<br><br>**CWT PARTIES' UNOPPOSED MOTION TO CONTINUE TRIAL**<br><br>**Oral Argument Requested**<br><br>**(First Request)** |

Plaintiffs CWT Canada II Limited Partnership and Resource Recovery Corporation (collectively, the "CWT Parties") file this unopposed motion to continue the trial in this action to later in 2019, subject to this Court's availability. This motion is supported by the following memorandum of points and authorities. Defendants' counsel have stated that they do not oppose this motion.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

On February 4, 2019, this Court scheduled trial in this matter to begin on August 6, 2019, and continue for a total of eight days on August 6-9 and 13-16, 2019. Dkt. No. 180 ¶¶ 1-2.

We recently learned, however, that the principal of Plaintiff CWT Canada II Limited Partnership, Jean Noelting, will be on a business trip in Asia during the time this trial is scheduled. This trip was planned well before the trial was scheduled, and it would be a significant hardship to Mr. Noelting for the trip to be rescheduled (if it even could be). We did not know about this scheduling conflict when the Court scheduled this case for trial.

We expect Mr. Noelting to be called as a witness by some or all the parties at trial, and his absence at trial would prejudice the CWT Parties.

While we know the Court's schedule is extremely busy, we respectfully request that the Court continue this trial to accommodate Mr. Noelting. Plaintiffs and their counsel are available for trial any time after Labor Day (counsel has vacation plans at the end of August) through December 20, 2019, with the exception of September 9-25 (when counsel has other trials and professional obligations scheduled), September 30 and October 1 (Jewish holiday of Rosh Hashanah), October 8 and 9 (Jewish holiday of Yom Kippur), and October 13-20 (Jewish holiday of Sukkot).

This is the CWT Parties' first (and will be their only) request for a continuance of

this trial. And Defendants' counsel have stated that they do not oppose this motion.

## **CONCLUSION**

We respectfully ask this Court to continue the trial in this action to any time after Labor Day through December 20, 2019—with the exception of September 9-25 or 30, or October 1, 8-9, or 13-20—and to continue the outstanding pretrial deadlines (including the final pretrial conference and deadlines for the Proposed Final Pretrial Order, motions *in limine*, and the other pretrial filings in paragraph ten of the Court's February 4, 2019 order (Dkt. No. 180)) accordingly.

1 | Dated: June 5, 2019
          Phoenix, Arizona

Respectfully submitted,

**RYAN RAPP & UNDERWOOD, P.L.C.**

By:   /s/ Henk Taylor (016321)
      J. Henk Taylor (016321)
      3200 N. Central Ave., Suite 1600
      Phoenix, Arizona 85012
      Telephone: (602) 280-1000
      Facsimile: (602) 265-1495
      E-Mail: htaylor@rrulaw.com

**SCHLAM STONE & DOLAN LLP**

Jeffrey M. Eilender
Bradley J. Nash
Joshua Wurtzel
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 34407677
E-Mail: jeilender@schlamstone.com
E-Mail: bnash@schlamstone.com
E-Mail: jwurtzel@schlamstone.com

*Attorneys for Plaintiffs CWT Canada II Limited Partnership and Resource Recovery Corporation*

1 | **ORIGINAL** e-filed and **COPIES** e-mailed this 5th day of June, 2019 as follows:

Dennis I. Wilenchik
Tyler Swensen
Victoria Stevens
**WILENCHIK & BARTNESS P.C.**
2810 North Third Street
Phoenix, AZ 85004
diw@wb-law.com
tylers@wb-law.com
victorias@wb-law.com
admin@wb-law.com

Leo R. Beus
**BEUS GILBERT PLLC**
701 North 44th Street
Phoenix, AZ 85008
lbeus@beusgilbert.com

*Attorneys for Defendants Tony Ker, Richard Carrigan, Elizabeth J. Danzik, and Danzik Applies Sciences, LLC*

/s/ Henk Taylor
J. Henk Taylor