J. Henk Taylor (016321)
**RYAN RAPP & UNDERWOOD, P.L.C.**
3200 N. Central Ave, Suite 2250
Phoenix, Arizona 85012
Telephone: (602) 280-1000
Facsimile: (602) 265-1495
E-Mail: htaylor@rrulaw.com

Jeffrey M. Eilender (*admitted pro hac vice*)
Bradley J. Nash (*admitted pro hac vice*)
Joshua Wurtzel (*admitted pro hac vice*)
**SCHLAM STONE & DOLAN LLP**
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
E-Mail: jeilender@schlamstone.com
E-Mail: bnash@schlamstone.com
E-Mail: jwurtzel@schlamstone.com

*Attorneys for Plaintiffs CWT Canada II Limited Partnership and Resource Recovery Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| CWT Canada II Limited Partnership, an Ontario, Canada Limited Partnership; and Resource Recovery Corporation, a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Elizabeth J. Danzik, an individual; and Deja II, LLC, an Arizona Limited Liability Company<br>Defendants.<br><br>And related claims. | Case Nos.: 2:16-cv-00607-PHX-DGC<br>2:16-cv-02577-PHX-DGC<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT EFFORTS** |

In accordance with this Court's June 6, 2019 order (Dkt. No. 186), the parties jointly submit this updated status report regarding their efforts to settle this case.

The parties continue to have direct settlement discussions concerning a global settlement—which would include settlement of this action. These discussions are ongoing, and appear to be productive. The parties have also agreed to hold a private mediation to attempt to reach a global settlement. Thus, the parties would like to continue these efforts as long as they remain productive, and propose reporting back to this Court on August 23, 2019.

Dated: July 26, 2019
Phoenix, Arizona

Respectfully submitted,

**RYAN RAPP & UNDERWOOD, P.L.C.**

By: /s/ Henk Taylor (016321)
J. Henk Taylor (016321)
3200 N. Central Ave., Suite 1600
Phoenix, Arizona 85012
Telephone: (602) 280-1000
Facsimile: (602) 265-1495
E-Mail: htaylor@rrulaw.com

**SCHLAM STONE & DOLAN LLP**

Jeffrey M. Eilender
Bradley J. Nash
Joshua Wurtzel
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 34407677
E-Mail: jeilender@schlamstone.com
E-Mail: bnash@schlamstone.com
E-Mail: jwurtzel@schlamstone.com

*Attorneys for Plaintiffs CWT Canada II Limited Partnership and Resource Recovery Corporation*

**WILENCHIK & BARTNESS P.C.**

By: /s/ Tyler Swensen (with permission)
 Dennis I. Wilenchik
 Tyler Swensen
 2810 North Third Street
 Phoenix, AZ 85004
 E-Mail: diw@wb-law.com
 E-Mail: tylers@wb-law.com

**BEUS GILBERT PLLC**

 Leo R. Beus
 701 North 44th Street
 Phoenix, AZ 85008
 E-Mail: lbeus@beusgilbert.com

*Attorneys for Defendants Tony Ker, Richard Carrigan, Elizabeth J. Danzik, and Danzik Applies Sciences, LLC*